IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §  No. 4:21-cr-126-JDK-KPJ |
| | § |
| KENNIA GOODMAN-LARGAESPADA (3) | § |
| MELONIE MECHELLE JACKSON (7) | § |
| FREDERICK DEWAYNE BRITTON (8) | § |

**ORDER GRANTING UNOPPOSED MOTIONS FOR CONTINUANCE**

The Federal Grand Jury for the Eastern District of Texas indicted Defendants Kennia Emperatriz Goodman-Largaespada, Melonie Mechelle Jackson, and Frederick Dewayne Britton, Jr. on May 12, 2021. On May 27, 2021, Defendants made their initial appearances before U.S. Magistrate Judge Christine A. Nowak. This case is currently set for jury selection and trial on August 2, 2021, and the deadline for a plea agreement was July 12, 2021. On July 12, 2021, each Defendant moved for a continuance, asking the Court to continue the trial and pretrial deadlines in this case. Docket Nos. 89, 90, 91. Neither the Government nor the other remaining defendants oppose a continuance.

Defendants each request a continuance because additional time is needed to receive and review discovery from the Government and for Defendants to confer with their counsel regarding the discovery and case strategy. Accordingly, each Defendant asserts that the "ends of justice . . . outweigh the best interest of the public and the Defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A).

1

The Speedy Trial Act, 18 U.S.C. §§ 3161–74, and Federal Rule of Criminal Procedure 18 establish that a speedy trial and the prompt administration of justice are desirable ends that weigh against a continuance.  Nevertheless, speed is neither the paramount, nor the only consideration.  Many other important values may conflict with the need for speed in the trial of a criminal case.  Delay in trial that promotes the fairness of the trial, as well as the purposes served by the trial, is well worth the administrative costs it may impose.  Prompt justice must be fair, or it is not truly justice.

Accordingly, the Court finds that a continuance of the pretrial deadlines and trial setting is appropriate and necessary.  Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. For the reasons stated in Defendants' motions, the ends of justice served by granting Defendants' requests outweigh the best interests of the public and Defendants in a speedy trial.

3. Failure to grant a continuance in this case will likely result in a miscarriage of justice.

4. The period of delay due to this motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

**IT IS THEREFORE ORDERED** that Defendants Kennia Emperatriz Goodman-Largaespada, Melonie Mechelle Jackson, and Frederick Dewayne Britton, Jr.'s motions to continue are **GRANTED**. This case is hereby **CONTINUED** and **RESET** as to Defendants Brandy Fisher, Kennia Emperatriz Goodman-Largaespada, Broderick Steven Johnson, Andre Martell Wells, Janin Michelle Vasquez, Melonie Mechelle Jackson, and Frederick Dewayne Britton, Jr. with new dates and deadlines as follows:

Deadlines:

| | |
|---|---|
| Pretrial Motions Deadline: (except Motions for Continuance) | **October 12, 2021** |
| Deadline to file Motion to Continue or notify Court of plea agreement: | **October 18, 2021 by 12:00 p.m.** |

Court Settings:

| | |
|---|---|
| Pretrial Conference: | **November 8, 2021 at 1:30 p.m.** |
| Jury Selection and Trial: | **November 15, 2021 at 9:00 a.m.** |

**Signed this**

**Jul 13, 2021**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

3